# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WILBERT L. JOHNSON**                                                                    **PETITIONER**

v.                                    **CASE NO. 5:18-CV-00290 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 9] is adopted and petitioner Wilbert L. Johnson's petition for writ of habeas corpus is dismissed without prejudice. Because Johnson has not make a substantial showing of the denial of a constitutional right, no certificate of appealability will issue. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

IT IS SO ORDERED this 28th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE